**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CENTRAL DIVISION**

| | |
|---|---|
| **G & G Closed Circuit Events, LLC,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**Nicholas Vincent Velez, et al**<br><br>**Defendants.** | CASE NO. **CV-25-5767-GW-AYPx**<br><br>(Consolidated with Case No. CV 25-6098-GW-AYPx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT NICHOLAS VINCENT VELEZ** |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendant NICHOLAS VINCENT VELEZ, that the above-entitled action is hereby dismissed ***with prejudice*** against Defendant NICHOLAS VINCENT VELEZ.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

Dated: August 26, 2026

George H. Wu

**HON. GEORGE H. WU,**
**United States District Judge**